# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-cr-00327 (TJK) |
| | : | |
| **CHRISTOPHER BELLIVEAU,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Trial Attorney Sarah W. Rocha, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States. Assistant United States Attorney Taylor Fontan no longer represents the United States in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY:   */s/ Sarah W. Rocha*
SARAH W. ROCHA
Trial Attorney
D.C. Bar No. 977497
601 D Street, NW
Washington, DC 20004
Phone: (202) 330-1735
sarah.wilsonrocha@usdoj.gov